# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SKAT,<br><br>            Plaintiff,<br><br>      v.<br><br>DW CONSTRUCTION, INC. RETIREMENT PLAN & STACEY KAMINER,<br><br>            Defendants. | **ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE**<br><br>Civil No. 2:18-CV-00452-DB<br><br>Judge Dee Benson<br>Magistrate Judge Dustin B. Pead |

It appearing to the Court (a) that this action and the civil actions described in the Parties' Stipulated Motion to Consolidate Pursuant to Fed. R. Civ. P. 42 and District of Utah Civ. R. 42-1 involve the same plaintiff, similar or the same defendants, common factual issues, and common legal questions, and that judicial and party resources will be better utilized with consolidation of those actions, the Stipulated Motion is hereby **GRANTED**.

It is **ORDERED** that this action and the civil actions described in Defendants'

motion (ECF No. 16 at 2) will be consolidated for all purposes.

Dated: this 12th day of September, 2018.

_____
Dustin B. Pead
U.S. Magistrate Judge